UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | NO.    CR-09-2110-WFN-3 |
| -vs- ) | ORDER |
| BONNIE DEE VALVERDE, ) | |
| Defendant. ) | |

A motion hearing was held June 1, 2010. The Defendant, who is not in custody, was present and represented by Todd Harms; Assistant United States Attorney Jane Kirk represented the Government. The Court addressed Defendant's Motion to Dismiss (Ct. Rec. 275). The Government did not offer testimony because a jury finding is required as to whether Ms. Valverde withdrew from the conspiracy. Defendant may renew the motion based on the evidence at trial and jury findings.

The Court has reviewed the file and Motion and is fully informed. This Order is entered to memorialize and supplement the oral rulings of the Court. Accordingly,

**IT IS ORDERED** that:

1. The trial and final pretrial conference of **July 19, 2010**, are **CONFIRMED**.

2. The pretrial conference and motion hearing of **July 6, 2010, at 10:00 a.m.**, is **CONFIRMED.**

3. Defendant's Motion to Dismiss, filed March 23, 2010, **Ct. Rec. 275**, is **DENIED with the right to renew**.

ORDER - 1

1  The District Court Executive is directed to file this Order and provide copies to
2  counsel.
3  **DATED** this 2nd day of June, 2010.

              s/ Wm. Fremming Nielsen
          WM. FREMMING NIELSEN
    SENIOR UNITED STATES DISTRICT JUDGE

06-01

ORDER - 2